429 A.2d 70

Commonwealth v. Sulden, Appellant.

■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■ Submitted December 6, 1979. William P. Fedullo, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.